## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
**Judge Raymond P. Moore**

Civil Action No. 21-cv-00009-RM-KMT

AMANDA DAVIS,

      Plaintiff,

v.

LIBERTY MUTUAL INSURANCE CONMMPANY,

      Defendant.

---

## ORDER REMANDING CASE

---

This matter is before the Court on Plaintiff's Unopposed Motion for Remand (the "Motion") (ECF No. 16) seeking to remand this action to Pueblo County District Court from which it was removed. Plaintiff represents that the amount in controversy does not exceed $75,000 and the Court construes Defendant's non-opposition to the remand as an agreement that the requisite amount required for diversity jurisdiction does not exist. Accordingly, the action was not removable in the first instance. *See* 28 U.S.C. § 1332(a). Therefore, the action shall be remanded to the Pueblo District Court from where it was removed. 28 U.S.C. § 1447(c) ("A motion to remand the case on the basis of any defect other than lack of subject matter jurisdiction must be made within 30 days after the filing of the notice of removal under section 1446(a). If at any time before final judgment it appears that the district court lacks subject matter jurisdiction, the case shall be remanded.").

Based on the foregoing, the Court **ORDERS**

(1)      That Plaintiff's Unopposed Motion for Remand (ECF No. 16) is GRANTED;

(2)      That, pursuant to 28 U.S.C. § 1447(c), due to this Court's lack of subject matter

jurisdiction, this case is REMANDED to the Pueblo County District Court, State

of Colorado, where it was original filed as Case No. 2020CV30495; and

(3)      That the Clerk shall close this case.

DATED this 11th day of February, 2021.

BY THE COURT:

RAYMOND P. MOORE
United States District Judge